# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Mary Wahlman, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Zimmer, Inc.; Zimmer Holdings, Inc.; | ) | |
| and Zimmer Orthopaedic Surgical | ) | |
| Products, Inc., | ) | |
| | ) | Case No. 1:11-cv-042 |
| Defendants. | ) | |

Before the court is the defendants' motion for attorney Kyle B. Osting to appear *pro hac vice* on their behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Kyle B. Osting has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the defendants' motion (Docket No. 15) is **GRANTED**. Attorney Kyle B. Osting is admitted to practice before this court in the above-entitled action on behalf of the defendants.

**IT IS SO ORDERED.**

Dated this 18th day of July, 2011.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge